*law library*

# IN THE SUPERIOR COURT OF GUAM

IN THE MATTER OF THE ) SPECIAL PROCEEDINGS CASE NO.
GUARDIANSHIP OF YUK LAN ) SP0104-07, SP0105-07, SP0106-07,
MOYLAN, ) SP0107-07, SP0110-07, SP0111-07
)
) **DECISION AND ORDER**
)
)
)
_____ )

This matter came before the Honorable Vernon P. Perez, on March 29, 2013. Attorney Douglas Moylan represented Richard and Francis Moylan. The Court now issues its Decision and Order.

## BACKGROUND

The Court filed its Notice of Disqualifying Facts pursuant to 7 G.C.A. §§ 6105- 6106 on March 8, 2013. On March 29, 2013 the Court received Petitioner Richard Moylan's Statement of Objection. The Court has reviewed the objection submitted in detail. There is no opposition to the Motion.

## CONCLUSION

There being no opposition to the Statement of Objection the Court from the above-captioned matter, Petitioner's motion is hereby GRANTED and the matter should be put before another Court pursuant to 7 G.C.A. § 6107.

So **ORDERED** this 29 day of March, 2013.

_____
HONORABLE VERNON P. PEREZ
JUDGE, SUPERIOR COURT OF GUAM

I do hereby certify that the foregoing is a full, true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam. Dated at Hagåtña, Guam

APR 1 2013

Therese M. Blas
Deputy Clerk, Superior Court of Guam

*In the Matter of the Guardianship of Yuk Lan Moylan,*
Decision and Order
SP0104-07, SP0105-07, SP0106-07, SP0107-07, SP0110-07, SP0111-07